

# Missouri Court of Appeals
## Southern District

## NOVEMBER 25, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33190

      Re:    RICKY D. JACKSON,
             Movant-Appellant,
             v.
             STATE OF MISSOURI,
             Respondent-Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33117

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             GABRIEL D. MITCHELL,
             Defendant-Appellant.